# Exhibit A

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below, I represent to the Court that I have been employed by **Kimco Facility Services** within the prior three (3) years, that I have worked for the company in excess of forty (40) hours in individual work weeks, and have not been paid all of the wages owed to me pursuant to 29 U.S.C. 206 and 207. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

My name is: **Misti Hays**
Print Name

My address is: ▓▓▓▓▓▓▓▓▓▓
Street Address

Morehouse, MO, 63868
City, State, Zip Code

My telephone phone number is: 573-▓▓▓▓
Cellular Phone

573-▓▓▓▓
Home Phone

Signature: *Misti H* (signed)

Date on which I signed this Notice: 08 / 13 / 2020
Today's Date

Doc ID: 6f467ebc11f7e42cddb639a4282b0062de04e187

Case 6:21-cv-03265-MDH   Document 1-1   Filed 09/15/20   Page 2 of 2